**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RICKY RAY HARRINGTON and | ) | Case No. 18-18495-EEB |
| JAN LEE HARRINGTON, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

Ricky Ray and Jan Lee Harrington ("Debtors") through their counsel, Michael J. Watton and the Watton Law Group, hereby respond to the Motion to Dismiss filed by U.S. Bank National Association.

Counsel has lost contact with the Debtors and requests additional time to locate them and file an appropriate response.

Wherefore, Debtors respectfully request that the Court deny U.S. Bank National Association's Motion to Dismiss and hold a hearing on the matter.

Dated: January 9, 2019            Respectfully submitted,

                                  WATTON LAW GROUP

                                  /s/ Michael J. Watton
                                  Michael J. Watton, Esq., No. 46893
                                  301 West Wisconsin Avenue, 5th Floor
                                  Milwaukee, WI  53203
                                  Telephone:  720-590-4600
                                  Fax:  303-295-0242
                                  Email:  wlgdnvr@wattongroup.com

| Fill in this information to identify your case |
|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | Rick | Ray | Harrington | Case #: | 18-18495-EEB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | Jan | Lee | Harrington | Chapter: | 13 |
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Part 2**  **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on January 9, 2019, I served a complete copy of the foregoing Response to Trustee's Motion to Dismiss on the following parties in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

**The following creditors received electronic notice via CM/ECF:**

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St.
Ste. 120
Denver, CO 80237

US Trustee, 13
Byron G. Rogers Federal Building
1961 Stout Street
Ste. 12-200
Denver, CO 80294

Janeway Law Firm, PC
Attorneys for US Bank National Association
9800 South Meridian Boulevard
Englewood, CO 80112

US Bank National Association
c/o Ocwen Loan Servicing, LLC
PO Box 24605
West Palm Beach, FL 33416-4605

**Signature**

Dated: **January 9, 2019**

By: /s/ Tammy Her
     Paralegal for Debtors' Counsel

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com