UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  
RICKY RAY HARRINGTON and JAN LEE HARRINGTON,  
Debtors

Case No: 18-18495 - EEB

Chapter 13

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1,  
Creditor  
vs.  
RICKY RAY HARRINGTON and JAN LEE HARRINGTON and DOUGLAS B. KIEL, Trustee  
Respondents

## CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING

On DECEMBER 26, 2018, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1, [Movant], filed a motion or application pursuant to L.B.R. 9013-1 or 2002-1 entitled Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c) (Docket No. 37). Movant hereby certifies and shows the court:

1. Movant certifies that service of the motion/application, notice and proposed order were timely made to all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on DECEMBER 26, 2018.

2. Movant certifies that mailing or other service of notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on DECEMBER 26, 2018.

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:

    a. THOMAS A. ARANYMICHAEL J. WATTON (Docket No. 41)

4. The docket numbers for each of the following relevant documents are.

    a. The motion and all documents attached thereto and served therewith and proposed order attached, (Docket No. 37)
    b. The notice and certificate of service, (Docket No. 38)

5. Movant certifies that a good faith effort has been made to resolve this matter, without the necessity of a hearing.

6. Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues:

Accordingly, Movant requests that the court set this matter for hearing pursuant to L.B.R. 9013-1.

Dated: 1/21/19

Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1
JANEWAY LAW FIRM, P.C.

Lynn M. Janeway #15592
David R. Doughty #40042
Elizabeth S. Marcus #16092
Alison L. Berry #34531
Nicholas H. Santarelli #46592
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (303) 706-9990
Fax: (303) 706-9994
bankruptcy@janewaylaw.com
JLF No.: 18-017752